## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR293 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARENCE L. BARKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for review of pre-trial detention (Filing No. 13). Barker requests that he be released to reside with his parents in Council Bluffs, Iowa, and to participate in intensive outpatient substance abuse treatment.

Barker has several prior felony convictions and was discharged from parole less than a year before his arrest in this matter. He has a significant methamphetamine problem for which he received treatment in the past. His criminal history reflects noncompliance with court orders and indicates no attempts to alter his pattern of behavior. Release to his parents with participation in an outpatient substance abuse program does not reasonably assure his presence for further proceedings or the safety of the community in light of Barker's prior history.

The motion to review detention and for a hearing (Filing No. 13) is denied.

**IT IS SO ORDERED.**

DATED this 13th day of December, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge